# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHARLES SCIARRABBA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1184

[October 1, 2025]

Appeal of order denying petition for writ of habeas corpus from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case Nos. 00-1664CF10A and CACE24008316.

Dan Ripley of Ripley Whisenhunt, PLLC, Pinellas Park, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Briana P. Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***